IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROCK JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.  11-919-SCW |
| | ) |
| DONALD JONES, CHET SCHAEFFER, and DR. CHABBRA, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **DONALD JONES** and **CHET SCHAEFFER** were dismissed without prejudice on August 15, 2012, by an Order entered Judge Michael J. Reagan (Doc. 8).

Defendant **DR. CHABBRA** was dismissed with prejudice on December 28, 2012, by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 27).

THEREFORE, judgment is entered in favor of Defendants    **DONALD JONES, CHET SCHAEFFER, and DR. CHABBRA** and against Plaintiff **ROCK JORDAN.**

Plaintiff shall take nothing from this action.

**DATED** this 28th day of December, 2012

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
     Deputy Clerk

**Approved by**    S/ Stephen C. Williams
         **United States Magistrate Judge**
              **Stephen C. Williams**